UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| v. | CAUSE NO.: 1:20-CR-18-HAB |
| JAIME RENTERIA-LOPEZ | 1:25-CV-00048 |

**OPINION AND ORDER**

Defendant Jaime Renteria-Lopez ("Renteria-Lopez") is an armed drug trafficker serving a 97-month sentence followed by 3 years of supervised release. Renteria-Lopez did not appeal. He did, however, file a Motion to Vacate, Set Aside or Correct Sentence, ECF No. 67, which this Court denied on the merits and refused to issue a certificate of appealability. (ECF No. 83). Again, Renteria-Lopez has not appealed. Instead, he filed a Renewed Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. § 2255 (ECF No. 88), in which he asserts new claims of ineffective assistance of counsel that were available to him but not presented in his original petition. For instance, he asserts that defense counsel was ineffective in her communication with him because she did not understand and speak Spanish, refused to obtain discovery in a timely manner and explain it to him, and refused to investigate or argue to the Court certain facts. None of these arguments constitute new evidence that only recently came to light.

Title 28 U.S.C. § 2255(h)(1) provides:

**(h)** A second or successive motion must be certified as provided in section 2244 by a panel of the appropriate court of appeals to contain—

   **(1)** newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense

28 U.S.C. §2255(h)(1).

Based on the plain language above, only the Court of Appeals is vested with the authority to allow the filing of a second or successive 2255 petition. Likewise, Rule 9 of the Rules Governing Section 2255 Proceedings plainly states: "before presenting a second or successive motion, the moving party must obtain an order from the appropriate court of appeals authorizing the district court to consider the motion, as required by 28 U.S.C. 2255, para. 8." Having already pursued (unsuccessfully) one 2255 petition in this Court, Renteria-Lopez must get authorization for a second or successive § 2255 petition from the Court of Appeals for the Seventh Circuit before he may file such a petition here. Accordingly, at present, Defendant's Renewed Motion to Vacate under 28 U.S.C. §2255 (ECF No. 88) is STRICKEN as this Court lacks jurisdiction to consider it.

SO ORDERED on February 4, 2025.

s/ *Holly A. Brady*
CHIEF JUDGE HOLLY A. BRADY
UNITED STATES DISTRICT COURT